LDA

# UNITED STATES DISTRICT COURT.

HAKEEM .B. PELUMI, :
182 CUMBERLAND ST. APT#: 75, : Case No.: 61-01-9599
WOONSOCKET. RI. 02895, :
Plaintiff, :
vs. :
STATE FARM INSURACE COMPANY. :
GORDON HEPWORTH, IN HIS CAPACITY AS :
THE CLAIM REPRESENTATIVE FOR STATE :
FARM INSURANCE, JAMIE COHER(The :
Insured Driver). :
Defendant

CA 08 87s

## INITIAL COMPLAINT

1. Plaintiff, Hkeem Pelumi has a principal place of residence at 182 Cumberland Street, Apartment 75, City of Woonsocket, Providence County, State of Rhode-island.
2. Defendant, STATE FARM INSURANCE COMPANY,With GORDON HEPWORTH as the claim representative for Jamie Coher(The Insured Driver). The claim representative's Officer has its principal place of business at 153, Cronville Road. County of Southborough.State of Massachusettes
3. The Claim Representative has the control of and is responsible for proper investigation and disbursement of funds arising from accident claims for injuries and damages.

4. Plaintiff, Hakeem Pelumi, brings this complaint under Chapter 27-9-1, Sub section 6 of the Rhode-Island General Laws, entitled "Refusing To Pay Claims Without Conducting Reasonable Investigation", on his own behalf, for wrongs and damages as a result of an unlawful collision commited upon him by Jamie Coher, State Farm Insured driver on October 18, 2006,on Broad Street in Providence, Rhode-Island., and refusal to pay claims for my injury

5. The accident was reported to Providence Police Department through a 911 call immediately my car was hit, and Jamie tried to flee scene of accident

6. As a direct and proximate result of the said Unlawful Collision, Damage to my Property, I have sustained monetary losses, emotional distress, anxiety, depression, humiliation, embarrassment, and loss of self esteem.

7. Plaintiff further seeks Compensatory Damages Award in the sum of $25,000.00 for my injury, 75,000.00,for Compensatory Damages and Punitive Damages Award in the sum of $675,000.00 for a total of 775,000.00.

8. WHEREFORE, Plaintiff, Hakeem Pelumi demands judgment against Defendant, State Farm Insurance Co, under Chapter 27-9-1, Subsection 6 of the Rhode-Island General Laws, in Plaintiffs favor for compensation which fairly and reasonably fully compensate Plaintiff for wrongs, injuries, and damages suffered, and such other relief as this court deems just and proper.

Plaintiff demand trial by jury.

Plaintiff,

Hakeem Pelumi

Dated: 3-5-08.