UNITED STATES DISTRICT COURT

HAKEEM PELUMI, : Case No.:C.A. No 08-87ML

Plaintiff,

vs.

GORDON HEPWORTH, In his capacity as the Claim Representative of State Farm Mutual Automobile Insurance Company on behalf of the Insured (JAMIE COHER)

Defendant

**AMENDED COMPLAINT**

1. Federal Diversity jurisdiction exists as both State Farm and the insured driver, Jamie Coher were citizens of New York. Also, 28 U.S.C. 1391 (a)(2) and (b)(2).
2. Plaintiff, Hakeem Pelumi has his principal place of residence at 182 Cumberland Street, Apartment 75, City of Woonsocket, Providence County, and State of Rhode-Island.
3. Defendant, Gordon Hepworth, is the duly elected Claim Representative of State Farm Insurance company acting on behalf of Jamie Coher (Also, A New York Citizen), the Insured driver. The office of the Claim Representative of State Farm Insurance has its principal place of business located at 100 State Farm Place, City of Ballston, State of New York. The Claim Representative has control of and is responsible for investigation and payments of accident claims on behalf of the insured driver (Jamie Coher).

4. Plaintiff, Hakeem Pelumi, brings this complaint under 28 U.S.c 1332 (a)"Amount in Controversy. Also, 28 U.S.C. 1391 (a)(2)and (b)(2).Incident occurred in Providence, R.I.

5. In October of 2006, the accident was reported to the Providence Police Department.

6. As a direct and proximate result of the said unlawful collision upon Plaintiff, Hakeem Pelumi, he has sustained monetary loss, emotional, distress, anxiety, depression, humiliation, embarrassment, and loss of self-esteem.

7. Plaintiff further seek General Damages Award in the sum of $15,000.00 for injury, $35,000.00 for Compensatory Damages Award, and $50,000.00 For Punitive Damages Award for a total of $100,000.00

WHEREFORE, Plaintiff, Hakeem Pelumi demands judgment against Gordon Hepworth, in his capacity as the Claim Representative of State Farm Insurance Company, under Chapter 27-9.1-4, and Chapter 27-9.12 of the Rhode-Island General Laws, in Plaintiffs favor for compensation which fairly and reasonably fully compensate Plaintiff for damages suffered, and such other relief as this court deems just and proper.

Plaintiff demands a trial by jury.

Plaintiff,

Hakeem Pelumi

Dated this 26th day of February, 2008.

# CHAIN OF EVENTS

**Date: 2/29/08**
**CC:** UNITED STATES DISTRICT COURT
**FROM:** PLAINTIFF. (HAKEEM PELUMI
**RE:** MOTOR VEHICLE ACCIDENT OF 10/18/06.

**10/18/06:** Traveling eastbound on Broad Street in Providence, Jamie Coher (State Farm Insured driver) came out of WICHAM Street, trying to join the traffic on Broad Street and "Failing To Yield the Right of Way", collided with my car: 1993 Volvo 850 GLT.

I immediately called 911 and reported the accident with my cell-phone. During the call, Defendants driver tried to flee the scene of accident by speeding away.
Jamie Coher then pulled over a block away (HASKIN Street) after getting caught in the traffic. And that was where the police found her car upon arrival at the scene.

**10/18/06:** I attended LANMARK HOSPITAL in Woonsocket where I was treated and released for my pains and injuries.

**10/27/06:** Police LIED on police Report

**10/24/06:** My car assessed for visual damages at BERNIES AUTO in Woonsocket. RI

**10/24/06** Letter from. Progressive stating "You Do Not Have Any Rental Coverage" on your policy and that, Investigation is Still On-Going".

**11/06/06:** Appointment was arranged for Ms. Landry, the claim adjuster at the time. To meet me at the scene of the accident. s. Landry FAILED TO SHOW UP.
**R.I.G.L. Title 27. Chapter 27-9-1, subsection # 3.** (Failure to properly investigate the accident).

**11/08/06:** Ms. Landry came by my house and conducted damage assessment. She also took some statements regarding the accident.

**11/14/06:** Progressive letter stating "The company's determination of my 30% at fault. The decision was solely based on my statement, Claimant statement, and point of impact to each vehicle. A deal I refused to accept.

**11/15/06:** Letter from State Farm stating, "You recently advised us that you are not presenting a bodily injury claim for the accident". A FALSE CLAIM.

**4/30/07:** : Spoke with Gordon Hepworth regarding the status of my claim, Mr. Hepworth stated that they're not accepting any fault and will mail me a letter to Affirm State Farms decision on the matter

**5/01/07:** Noticing the Laxity and Inefficiency of Progressive's Claim adjuster handling this accident, State Farm Insurance then mailed me YET another letter stating "Completion of its investigation and found NO FAULT ON THEIR INSURED. And that I was the TORT FEASOR. And thereby NOT RESPONSIBLE FOR DAMAGES TO MY CAR.

**1/15/08:** A check of $ 226.90. Was received from Progressive as 70% of the total cost of damages and that I will be contacted after my deductible of $ 100.00 is collected from State Farm.

**2/15/08:** A check of $ 100.00 was received from Progressive and statement that the check represent my deductible collected from State Farm Insurance.

**2/22/08**: Progressive, through Christopher Gouin, was said to have been notified of State Farm's shift from the earlier; "Not Responsible For Damages to Now; 50% Fault". All without my knowledge. This I call **"DECEITFUL and BAD BUSINESS PRACTICES.**

**2/23/08:** A letter received from Progressive Insurance stating "Progressive has paid for my vehicle damage at 100% and reimbursed my deductible at 100%. "CONSIDERABLE & NOTICEABLE INCONSISTENCIES" in the mailing of both Progressive and State Farm Insurance companies.

2 Key Questions here are ;

(a): WHY WOULD STATE FARM PAID FOR MY DEDUCTIBLE IF THEY DO NOT ACCEPT FAULT AND IF I AM THE TORT FEASOR ?
THE ANSWER IS: ADMISSION OF FAULT.

(b): DID STATE FARM ACTUALLY CONDUCTED ANY INVESTIGATION OF THE ACCIDENT BEFORE REJECTING TO ACCEPT FAULT AND TO NOT PAY FOR DAMAGES ? THE ANSWER IS **NO**