UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| HAKEEM PELUMI, | : | Case No.:C.A. No 08-87ML |
| | : | |
| Plaintiff, | : | |
| vs. | | |
| GORDON HEPWORTH, In his capacity as | : | |
| | : | |
| the Claim Representative of State | : | |
| | : | |
| Farm Mutual Automobile Insurance | : | |
| | : | |
| Company on behalf of the Insured, and | : | |
| JAMIE COHER, The insured Driver | | |
| Defendant | | |

## AMENDED COMPLAINT

1. Federal Diversity jurisdiction exists as both State Farm and the insured driver, Jamie Coher were citizens of New York. Also, 28 U.S.C. 1391 (a)(2) and (b)(2).

2. Plaintiff, Hakeem Pelumi has his principal place of residence at 182 Cumberland Street, Apartment 75, City of Woonsocket, Providence County, and State of Rhode-Island.

3. Defendant, Gordon Hepworth, is the duly elected Claim Representative of State Farm Insurance company acting on behalf of Jamie Coher (Also, A New York Citizen), the Insured driver. The office of the Claim Representative of State Farm Insurance has its principal place of business located at 100 State Farm Place, City of Ballston, State of New York. The Claim Representative has control of and is responsible for investigation and payments of accident claims on behalf of the insured driver (Jamie Coher).

4. Plaintiff, Hakeem Pelumi, brings this complaint under 28 U.S.c 1332 (a)"Amount in Controversy. Also, 28 U.S.C. 1391 (a)(2)and (b)(2).Incident occurred in Providence, R.I.

5. In October of 2006, the accident was reported to the Providence Police Department.

6. As a direct and proximate result of the said unlawful collision upon Plaintiff, Hakeem Pelumi, he has sustained monetary loss, emotional, distress, anxiety, depression, humiliation, embarrassment, and loss of self-esteem.

7. Plaintiff further seek General Damages Award in the sum of $15,000.00 for injury, $35,000.00 for Compensatory Damages Award, and $50,000.00 For Punitive Damages Award for a total of $100,000.00

WHEREFORE, Plaintiff, Hakeem Pelumi demands judgment against Gordon Hepworth, in his capacity as the Claim Representative of State Farm Insurance Company, under Chapter 27-9.1-4, and Chapter 27-9.12 of the Rhode-Island General Laws, in Plaintiffs favor for compensation which fairly and reasonably fully compensate Plaintiff for damages suffered, and such other relief as this court deems just and proper.

Plaintiff demands a trial by jury.

Plaintiff,

Hakeem Pelumi

Dated this 21h day of April, 2008.

182 Cumberland St
Woon. R.I. 02895