UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

July 11, 2008

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

| | | |
|---|---|---|
| CA 08-084ML | Pelumi v. Landry | **CCA#** 08-1867 |
| CA 08-085ML | Pelumi v. City of Providence | **CCA#** |
| CA 08-086ML | Pelumi v. Gerstmeyer | **CCA#** |
| CA 08-087ML | Pelumi v. Hepworth | **CCA#** |
| CA 08-105ML | Pelumi v. State of Rhode Island | **CCA#** |
| CA 08-106ML | Pelumi v. Menard | **CCA#** |
| CA 08-107ML | Pelumi v. Houle | **CCA#** |

Dear Clerk of Court:

Enclosed herewith you will find the RECORDS ON APPEAL as to the above-referenced cases, certified copies of the docket entries as to those cases. Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By J. Duhamel
John Duhamel, *Deputy Clerk*

Encl: Case files, certified dockets.